UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| PAUL FOURNIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCUDERI GROUP, INC., a Delaware Corp., SCUDERI GROUP, LLC, a Massachusetts Limited Liability Company, SALVATORE SCUDERI, DEBORAH SCUDERI, STEPHEN SCUDERI, NICHOLAS SCUDERI, AND RUTH SCUDERI,<br><br>Defendants. | Civil Action No. 3:13-cv-30111<br><br>CLASS ACTION |

MAP
9/19/13

[~~PROPOSED~~] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Having considered Plaintiff Paul Fournier's Motion For Appointment As Lead Plaintiff And Approval Of Selection Of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is **GRANTED**;

2. The Court, having considered Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), and Fed. R. Civ. P. 23, **APPOINTS** Plaintiff Paul Fournier as Lead Plaintiff to represent both the Nationwide Class and the Massachusetts Class; and

3. Pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v), Shapiro Haber & Urmy LLP **IS APPROVED** as Lead Counsel for the Classes.

**IT IS SO ORDERED.**

DATED: Sept. 19, 2013

Michael A. Ponsor
UNITED STATES DISTRICT JUDGE